NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 897

IN RE VOLKSWAGEN OF AMERICA, INC.
(now known as Volkswagen Group of America, Inc.),
VOLKSWAGEN AG, and AUDI AG,

Petitioners.

On Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 2:07-CV-00289, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

Before DYK, Circuit Judge.

ORDER

Volkswagen Group of America, Inc. et al. (VW) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 10, 2008 order denying VW's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Eastern District of Michigan. MHL, Tek, LLC moves for leave to file supplemental materials.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  MHL is directed to respond no later than March 13, 2009.

(2)  MHL's motion is granted.

FOR THE COURT

FEB 27 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Susan A. Smith, Esq.
    David C. Doyle, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 27 2009

JAN HORBALY
CLERK

Misc. 897                                    2